UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

DILIP LAL,

    Debtor.
_____/

Case No. 6:24-bk-04038-TPG
Chapter 13

### TRUSTEE'S NOTICE OF FILING CORRESPONDENCE

COMES NOW, the Trustee, Laurie K. Weatherford, and files with the Court a copy of email correspondence sent to Pro Se Debtor, Dilip Lal, on October 21, 2024.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing via United States Regular Mail or by electronic transmission on October 22, 2024 to the following:

**Debtor** - Dilip Lal, 8142 Via Rosa, Orlando, FL 32836

    BY: /s/ Laurie K. Weatherford
    LAURIE K. WEATHERFORD, Trustee
    Stuart Ferderer, Esquire
    Fla. Bar No. 0746967
    Ana V. De Villiers, Esquire
    Fla Bar No. 0123201
    Post Office Box 3450
    Winter Park, Florida 32790-3450
    Telephone: (407) 648-8841
    Facsimile: (407) 648-2665

| | |
|---|---|
| **From:** | Chrystal G |
| **Sent:** | Monday, October 21, 2024 12:41 PM |
| **To:** | EMAILDIL@GMAIL.COM |
| **Subject:** | 6:24-bk-04038-TPG DILIP LAL |
| **Attachments:** | 2404038 LAL - TRUSTEE'S PROPOSED SPREADSHEET; CURE AND REINSTATE MTG CLAIM 5.xlsx |

Good afternoon, Mr. Lal,

As a follow up to the preliminary hearing held on September 11, 2024, please find the Trustee's proposed spreadsheet which pays the allowed claims as filed in this case.

As a reminder, **the Trustee's office cannot provide legal advice**. A Notice of Pro Bono and Bankruptcy Resources was filed in your case on 8/6/2024 at Doc. No. 10. If needed, please reference that document and reach out to the Bankruptcy Pro Se Clinic at https://www.bankruptcyproseclinic.com/ for assistance.

A Preliminary hearing is scheduled this **Wednesday, October 23, 2024 at 10:00 AM** regarding the Mortgage Creditor, U.S. Bank c/o SN Servicing Corporation, Motion for Reconsideration of Order Directing Mortgage Modification Mediation (Doc. No. 27).

The Trustee has also scheduled a Confirmation Hearing in your case, which will be held on **December 10, 2024 at 10:45 A.M.**

Please also note the following:

- Along with the Motion for Reconsideration of the Order Directing MMM, an Objection to Confirmation of Plan was also filed by the Mortgage Creditor (Doc. No. 29 - attached). **In an abundance of caution, and in the event the Creditor prevails upon these filings, the Trustee's proposed spreadsheet provides treatment to U.S. Bank c/o SN Servicing Corporation per the proof of claim as filed (Claim No. 5).**

- A proof of claim has not been filed for the Homeowners Association claim that your original plan proposes to treat "PRO RATA" payments. The Trustee cannot disburse payments to a creditor unless a proof of claim is filed, and as mentioned at the 341 Meeting of Creditors, the proposed treatment is not confirmable.
    - **As no proof of claim has been filed by the HOA, the attached proposed spreadsheet has the ongoing payments as being "paid outside the plan".**
    - If this is incorrect, a Proof of Claim will need to be filed by/on behalf of the HOA Creditor.

- If treatment of the HOA creditor is direct/outside the plan, proof that these payments are current will need to be provided to the Trustee PRIOR to the 12/10/2024 Confirmation hearing. This documentation can be uploaded to the Trustee's secured portal, BRAT.

Thank you,

1

Kind regards,
Chrystal

**Chrystal G.**
**Paralegal**

**Office of Laurie K. Weatherford**
**CHAPTER 13 TRUSTEE**
**Middle District of Florida**
**Orlando Division**
**Email:** info@c13orl.com
**Website:** https://c13orl.com/

2